UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-cr-44 |
| v. ) | |
| ) | MATTICE / LEE |
| STACY MILLER ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the forty-two-count Indictment; (2) accept Defendant's plea of guilty to Count One, that is of conspiracy to manufacture, distribute, and possess with the intent to distribute Fifty (50) grams or more of methamphetamine (actual) and Five Hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); (3) adjudicate Defendant guilty of Count One, that is of conspiracy to manufacture, distribute, and possess with the intent to distribute Fifty (50) grams or more of methamphetamine (actual) and Five Hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 75]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 75]

pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One, that is of conspiracy to manufacture, distribute, and possess with the intent to distribute Fifty (50) grams or more of methamphetamine (actual) and Five Hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of Count One, that is of conspiracy to manufacture, distribute, and possess with the intent to distribute Fifty (50) grams or more of methamphetamine (actual) and Five Hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, March 15, 2010 at 9:00 a.m.** before the Honorable Harry S. Mattice, Jr.

SO ORDERED.

ENTER:

                                                */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE